UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, <br> Plaintiff, | : <br> : <br> : <br> : |
| vs. | : CIVIL ACTION NO. <br> : ASSIGNED TO JUDGE: <br> : |
| LEONARDO LOPEZ, RITA RAMIREZ, MARCO ESTRADA, TWO BROTHERS PIZZERIA ITALIAN MARKET, GIURO, INC., d/b/a TWO BROTHERS PIZZERIA AND TWO BROTHERS PIZZERIA ITALIAN MARKET, JOSEPH ROMANO, and MMG INSURANCE COMPANY <br> Defendants | : <br> : <br> : NO. 1:19-CV-00801-JEJ <br> : <br> : <br> : <br> : <br> : <br> : JURY TRIAL DEMANDED |

## PLAINTIFF, PROGRESSIVE SPECIALTY INSURANCE COMPANY'S, NOTICE OF VOLUNTATRY DISMISSAL WITHOUT PREJUDICE

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff, Progressive Specialty Insurance Company hereby voluntarily dismisses their action, *Progressive Specialty Insurance Company v. Lopez, et al. Docket Number 1:19-CV-00801-JEJ,* brought before the United States District Court for the Middle District of Pennsylvania, without prejudice, as to all Defendants. As grounds thereof, Plaintiff states that no Defendant has filed a Motion for Summary Judgment.

**FORRY ULLMAN:**

Dated: January 27, 2020

*[signature]*

RANDY T. BURCH, ESQUIRE
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, Plaintiff, | |
| vs. | CIVIL ACTION NO. ASSIGNED TO JUDGE: |
| LEONARDO LOPEZ, RITA RAMIREZ, MARCO ESTRADA, TWO BROTHERS PIZZERIA ITALIAN MARKET, GIURO, INC., d/b/a TWO BROTHERS PIZZERIA AND TWO BROTHERS PIZZERIA ITALIAN MARKET, JOSEPH ROMANO, and MMG INSURANCE COMPANY Defendants | NO. 1:19-CV-00801-JEJ  JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

I Randy T. Burch, Esquire hereby certify that on the date noted below, true and correct copies of Defendant, Progressive Specialty Insurance Company's, Notice of Voluntary Dismissal was served via electronic communication and First Class Mail, postage prepaid, to the following party(ies):

| Kevin C. McNamara, Esquire<br>Thomas, Thomas & Hafer, LLP<br>PO Box 999<br>Harrisburg, PA 17108-0999<br>kmcnamara@tthlaw.com<br>*Attorney for Defendant MMG Insurance Company* | Thomas E. Brenner, Esquire<br>3631 N. Front Street<br>Harrisburg, PA 17110<br>tbrenner@cklegal.net<br>*Attorney for Defendants, Rita Ramirez, Leonardo Lopez, Marco Estrada and Two Brother Pizzeria Italian Market Giuro Inc., d/b/a Two Brothers Pizzeria and two Brothers Pizzeria Italian Market* |
|---|---|
| | Anthony Parker, Esquire<br>Kelly, Parker & Cohen LLP<br>5425 Jonestown Road<br>Suite 103<br>Harrisburg, PA 17112<br>*Attorney for Defendant, Joseph Romano* |

This statement is made subject to the penalties of 18 U.S.C. § 1621, relating to perjury.

FORRY ULLMAN

DATED: **January 27, 2020**    BY: _____

RANDY T. BURCH, ESQUIRE
*Attorney for Plaintiff*